UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN SMITH, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 3:18-CV-000135 (SRU) |
| Plaintiff, | : : | |
| vs. | : : | |
| LIFEVANTAGE CORPORATION, DARREN JENSEN, JUSTIN ROSE, and RYAN GOODWIN, | : : : : | |
| Defendants. | : : | January 31, 2018 |

## MOTION FOR ADMISSION PRO HAC VICE OF ANDREW KOCHANOWSKI

Pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, Brian T. Henebry, a member of the Bar of this Court and an attorney in the firm of Carmody Torrance Sandak & Hennessey LLP, respectfully moves for admission *pro hac vice* of Andrew Kochanowski, Esq. to represent the plaintiff Brian Smith ("Plaintiff") in the above-captioned case. In support of this motion, the undersigned represents the following:

1. Plaintiff has retained Andrew Kochanowski of Sommers Schwartz, P.C., located at One Towne Square, Suite 1700, Southfield, Michigan 48076 to serve as his counsel in this matter.

2. Attorney Kochanowski is an attorney licensed and admitted to practice law, and in good standing, in the State of Michigan (no. P55117; admitted in 1996); the United States District Courts for the Eastern District of Michigan (1996) and the Western District of Michigan (2005); the United States Courts of Appeals for the Fifth Circuit (2014), the Sixth Circuit (1996), the Eleventh Circuit (2015), and the Federal Circuit (2002); and the United States Supreme Court

(2017).  Attorney Kochanowski is also admitted to practice in the state of Illinois, though he is currently inactive in Illinois.

3. Attorney Kochanowski has executed an Affidavit, attached hereto, in compliance with Local Civil Rule 83.1(d)(1)(a)-(e).

4. The undersigned agrees to accept service on behalf of Attorney Kochanowski pursuant to Local Civil Rule 83.1(d)(1)(e).

5. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b) in this matter.

WHEREFORE, the undersigned respectfully requests that this Court enter an order granting Andrew Kochanowski, Esq. admission *pro hac vice.*

                Respectfully submitted,

                /s/ Brian T. Henebry (ct10002)
                Brian T. Henebry (ct10002)
                Carmody Torrance Sandak & Hennessey, LLP
                50 Leavenworth Street
                Waterbury, CT  06721-1110
                Tel: (203) 573-1200
                Fax: (203) 575-2600
                bhenebry@carmodylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2018, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                /s/ Brian T. Henebry (ct10002)
                                                                Brian T. Henebry

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

BRIAN SMITH, individually
and on behalf of all others similarly situated,

CIVIL ACTION NO.
3:18-CV-00135 (SRU)

Plaintiff,

vs.

LIFEVANTAGE CORPORATION,
DARREN JENSEN, JUSTIN ROSE, and
RYAN GOODWIN,

Defendants.

## AFFIDAVIT OF ANDREW KOCHANOWSKI

I, Andrew Kochanowski, make this Affidavit in accordance with this Court's Local Rule 83.1(d)(1):

1. I am a senior shareholder employed with the law firm of Sommers Schwartz, P.C., located at One Towne Square, Suite 1700, Southfield, Michigan 48076, Tel: (248) 355-0300; Fax: (248) 936-2140. My email address is: akochanowski@sommerspc.com.

2. I am a member of the following State Bars:

    a. State Bar of Michigan. I was admitted to practice on August 6, 1996. My Michigan bar number is P55117. I am currently active and in good standing.

    b. State Bar of Illinois. I was admitted to practice on November 16, 1984. I am currently inactive.

I am also admitted to the following:

    a. United States District Court, Eastern District of Michigan, admitted April 25, 1996

    b. United States District Court, Western District of Michigan, admitted April 14, 2005

1

      c.      United States Court of Appeals For The Fifth Circuit, admitted February 6, 2014

      d.      United States Court of Appeals For The Sixth Circuit, admitted May 10, 1996

      e.      United States Court of Appeals For The Eleventh Circuit, admitted May 13, 2015

      f.      United States Court of Appeals For The Federal Circuit, admitted October 21, 2002

      g.      United States Supreme Court, admitted May 30, 2017

3. I attest to the following:

      a.      I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing; and

      b.      I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

4. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

5. I designate Brian T. Henebry (ct10002) of Carmody Torrance Sandak & Hennessey LLP, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(d).

6. Accordingly, I am requesting admission to practice before the United States District Court for the District of Connecticut, as counsel for the plaintiff the above-captioned case. In connection with my representation in this case, I agree to abide by the Rules of the United States District Court for the District of Connecticut.

2

FURTHER AFFIANT SAYETH NOT.

                                                                Andrew Kochanowski

                                                    Dated: 1/31/18

Subscribed and sworn to before me
This 31st day of January, 2018.

DL Ward
Notary Public, State of Michigan
Macomb County, Acting in Oakland County, MI
My Commission Expires: 6/25/2023