# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN SMITH, individually and on behalf of all others similarly situated, | CASE NO: 3:18-cv-00135-SRU |
| v. | FEBRUARY 20, 2018 |
| LIFEVANTAGE CORPORATION, DARREN JENSEN, JUSTIN ROSE and RYAN GOODWIN | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for LifeVantage Corporation, certifies that LifeVantage Corporation, as of this date, does not have a parent corporation and that no publicly held corporation holds 10% or more of its stock.

Dated: February 20, 2018

    Respectfully submitted,

    **WIGGIN AND DANA LLP**

    */s/ John M. Doroghazi*
    John Doroghazi (ct28033)
    WIGGIN AND DANA LLP
    One Century Tower, P.O. Box 1832
    New Haven, CT 06508-1832
    Telephone: 203-498-4400
    Facsimile: 203-782-2889
    jdoroghazi@wiggin.com

    *Counsel for Defendant LifeVantage Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ John M. Doroghazi*
John M. Doroghazi

5063\418\3852901.v1