UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN SMITH, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 3:18-CV-000135 (SRU) |
| Plaintiff, | |
| vs. | |
| LIFEVANTAGE CORPORATION, DARREN JENSEN, JUSTIN ROSE, and RYAN GOODWIN, | |
| Defendants. | MARCH 2, 2018 |

## MOTION FOR ADMISSION PRO HAC VICE OF R. ADAM SWICK

Pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, Brian T. Henebry, a member of the Bar of this Court and an attorney in the firm of Carmody Torrance Sandak & Hennessey LLP, respectfully moves for admission *pro hac vice* of R. Adam Swick, Esq. to represent the plaintiff Brian Smith ("Plaintiff") in the above-captioned case. In support of this motion, the undersigned represents the following:

1. Plaintiff has retained R. Adam Swick of Reid Collins & Tsai LLP, located at 1301 S. Capital of Texas Highway, Suite C300, Austin, Texas 78746 to serve as his counsel in this matter.

2. Attorney Swick is an attorney licensed and admitted to practice law, and in good standing, in the State of Texas (no. 24051794; admitted in 2006); and in the State of New York (no. 5136270; admitted in 2013). I have also been admitted to practice and am an active member in good standing with the following courts:

- U.S. District Court for the Northern District of Texas (2007);

- U.S. District Court for the Western District of Texas (2008);

- U.S. District Court for the Eastern District of Texas (2007)

- U.S. District Court for the Southern District of Texas (2008);

- U.S. District Court for the Southern District of New York (2014; and

- U.S. Bankruptcy Court for the Eastern District of New York (2014).

3. Attorney Swick has executed an Affidavit, attached hereto, in compliance with Local Civil Rule 83.1(d)(1)(a)-(e).

4. The undersigned agrees to accept service on behalf of Adam Swick pursuant to Local Civil Rule 83.1(d)(1)(e).

5. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b) in this matter.

WHEREFORE, the undersigned respectfully requests that this Court enter an order granting R. Adam Swick, Esq. admission *pro hac vice*.

Respectfully submitted,

/s/ Brian T. Henebry (ct10002)
Brian T. Henebry (ct10002)
Carmody Torrance Sandak & Hennessey, LLP
50 Leavenworth Street
Waterbury, CT 06721-1110
Tel: (203) 573-1200
Fax: (203) 575-2600
bhenebry@carmodylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Brian T. Henebry (ct10002)
Brian T. Henebry

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

BRIAN SMITH, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

LIFE VANTAGE CORPORATION,
DARREN JENSEN, JUSTIN ROSE,
and RYAN GOODWIN,

    Defendants.

Case No. 3:18-cv-00135-SRU

### AFFIDAVIT OF R. ADAM SWICK

I, R. Adam Swick, make this Affidavit in accordance with this Court's Local Rule 83.1(d)(1):

1. I am a partner at the law firm of Reid Collins & Tsai LLP located at 1301 S. Capital of Texas Highway, Suite C300, Austin, TX 78746, Tel: 512-647-6100, Fax: 512-647-6129. My email address is aswick@rctlegal.com.

2. I am a member in good standing of the State Bar of Texas and New York. I was admitted to practice in Texas on November 3, 2006. My Texas bar number is 24051794. I was admitted to practice in New York on April 23, 2013. My New York bar number is 5136270. I have been admitted to practice and am an active member in good standing with the following courts:

- U.S. District Court for the Northern District of Texas, date of admission: 7/27/2007
- U.S. District Court for the Western District of Texas, date of admission: 5/27/2008
- U.S. District Court for the Eastern District of Texas, date of admission: 8/15/2007
- U.S. District Court for the Southern District of Texas, date of admission: 1/4/2008

1

- U.S. District Court for the Southern District of New York, date of admission: 3/11/2014
- U.S. Bankruptcy Court for the Eastern District of New York, date of admission: 3/11/2014

3. I attest to the following:

   a. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing; and

   b. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

4. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

5. I designate Brian T. Henebry (ct10002) of Carmody Torrance Sandak & Hennessey LLP, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(d).

6. Accordingly, I am requesting admission to practice before the United States District Court for the District of Connecticut, as counsel for the plaintiff the above-captioned case. In connection with my representation in this case, I agree to abide by the Rules of the United States District Court for the District of Connecticut.

FURTHER AFFIANT SAYETH NOT.

[Notary stamp: GINA TERCERO, Notary Public, State of Texas, Comm. Expires 01-22-2020, Notary ID 130507370]

_____
R. Adam Swick

Dated: 2/28/18

Subscribed and sworn to before me
This 28 day of February, 2018.

_____
Notary Public
My Commission Expires:

3