## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN SMITH, individually<br>and on behalf of all others similarly situated, | : | CIVIL ACTION NO.<br>3:18-CV-000135 (SRU) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| LIFEVANTAGE CORPORATION,<br>DARREN JENSEN, JUSTIN ROSE, and<br>RYAN GOODWIN, | : | |
| | : | |
| Defendants. | : | MARCH 2, 2018 |
| | : | |

## MOTION FOR ADMISSION PRO HAC VICE OF J. BENJAMIN KING

Pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for

the District of Connecticut, Brian T. Henebry, a member of the Bar of this Court and an attorney

in the firm of Carmody Torrance Sandak & Hennessey LLP, respectfully moves for admission

*pro hac vice* of J. Benjamin King, Esq. to represent the plaintiff Brian Smith ("Plaintiff") in the

above-captioned case.  In support of this motion, the undersigned represents the following:

1.      Plaintiff has retained J. Benjamin King of Reid Collins & Tsai LLP located at

1601 Elm Street, Suite 4250, Dallas, Texas, to serve as his counsel in this matter.

2.      Attorney King is an attorney licensed and admitted to practice law, and in good

standing, in the State of Texas (no. 24046217; admitted in 2004) and the District of Columbia

(no. 467482; admitted in 2000).  I have also been admitted to practice and am an active member

in good standing with the following courts:

- U.S. District Court for the Northern District of Texas (2004);

- U.S. District Court for the Eastern District of Texas (2017); and

- U.S. District Court for the Southern District of Texas (2011).

3.      Attorney King has executed an Affidavit, attached hereto, in compliance with

Local Civil Rule 83.1(d)(1)(a)-(e).

4.      The undersigned agrees to accept service on behalf of J. Benjamin King pursuant

to Local Civil Rule 83.1(d)(1)(e).

5.      The granting of this motion will not require modification of any scheduling order

entered pursuant to Fed. R. Civ. P. 16(b) in this matter.

WHEREFORE, the undersigned respectfully requests that this Court enter an order

granting J. Benjamin King, Esq. admission *pro hac vice.*

Respectfully submitted,

/s/ Brian T. Henebry (ct10002)
Brian T. Henebry (ct10002)
Carmody Torrance Sandak & Hennessey, LLP
50 Leavenworth Street
Waterbury, CT  06721-1110
Tel: (203) 573-1200
Fax: (203) 575-2600
bhenebry@carmodylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, a copy of the foregoing Motion was filed

electronically and served by mail on anyone unable to accept electronic filing. Notice of this

filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or

by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic

Filing. Parties may access this filing through the Court's CM/ECF System.

> /s/ Brian T. Henebry (ct10002)
> Brian T. Henebry

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

BRIAN SMITH, individually                         Case No. 3:18-cv-00135-SRU
and on behalf of all others similarly situated,

     Plaintiff,

vs.

LIFE VANTAGE CORPORATION,
DARREN JENSEN, JUSTIN ROSE,
and RYAN GOODWIN,

     Defendants.

## AFFIDAVIT OF J. BENJAMIN KING

I, J. Benjamin King, make this Affidavit in accordance with this Court's Local Rule

83.1(d)(1):

1.      I am a partner at the law firm of Reid Collins & Tsai LLP located at 1601 Elm Street, Suite

4250, Dallas, TX 75201, Tel: 214-420-8900, Fax: 214-420-8909. My email address is

bking@rctlegal.com.

2.      I am a member in good standing of the State Bar of Texas and the District of Columbia. I

was admitted to practice in Texas on November 25, 2004. My Texas bar number is 24046217. I

was admitted to practice in the District of Columbia on May 8, 2000. My DC bar number is

467482. I have been admitted to practice and am an active member in good standing with the

following courts:

| Court | Date |
|---|---|
| **State of Texas** | **11-25-2004** |
| **District of Columbia** | **05-08-2000** |
| **U.S. District Court for the Northern District of Texas** | **08-03-2004** |
| **U.S. District Court for the Eastern District of Texas** | **03-03-2017** |
| **U.S. District Court for the Sothern District of Texas** | **10-13-2011** |

1

3.    I attest to the following:

    a.    I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

    b.    My membership with the District of Columbia Bar was briefly suspended in 2009 for failure to pay bar dues. I resolved that problem and am a member in good standing of the District of Columbia Bar.

    c.    Otherwise, I have never been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

4.    I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

5.    I designate Brian T. Henebry (ct10002) of Carmody Torrance Sandak & Hennessey LLP, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(d).

6.    Accordingly, I am requesting admission to practice before the United States District Court for the District of Connecticut, as counsel for the plaintiff the above-captioned case. In connection with my representation in this case, I agree to abide by the Rules of the United States District Court for the District of Connecticut.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
This 2nd day of March, 2018.

Notary Public
My Commission Expires:

J. Benjamin King

Dated: 3/2/2018

JENNIFER ELAINE HARLIN
Notary Public, State of Texas
My Commission Expires
August 02, 2019

2