UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN SMITH, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) |
| v. | CASE NO: 3:18-cv-00135-SRU |
| LIFEVANTAGE CORPORATION, DARREN JENSEN, JUSTIN ROSE and RYAN GOODWIN | MARCH 14, 2018 |

### MOTION TO PERMIT THOMAS M. MELSHEIMER TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), defendants LifeVantage Corporation, Darren Jensen, Justin Rose and Ryan Goodwin (collectively "Defendants"), by and through their counsel, John M. Doroghazi, hereby moves this Court to permit Thomas M. Melsheimer to appear pro hac vice in the above-captioned action on their behalf. In support of this motion, the undersigned relies upon the attached Declaration submitted by Mr. Melsheimer.

PLEASE TAKE NOTICE that this application is made upon the papers, and unless counsel for plaintiffs objects to the application, no oral argument is requested.

WHEREFORE, defendants request that this Court grant Thomas M. Melsheimer permission to appear pro hac vice in this matter.

Respectfully submitted,

**WIGGIN AND DANA LLP**

*/s/ John M. Doroghazi*
John Doroghazi (ct28033)
WIGGIN AND DANA LLP
One Century Tower, P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400

Facsimile: 203-782-2889
jdoroghazi@wiggin.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of March, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone able to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                            */s/ John M. Doroghazi*
                                            John M. Doroghazi

27119\1\3867718.v1