Thomas M. Melsheimer (*Pro Hac Vice*)
John C.C. Sanders, Jr. (*Pro Hac Vice*)
Rex A. Mann (*Pro Hac Vice*)
Katrina Eash *(Pro Hac Vice)*
**WINSTON & STRAWN LLP**
2121 N. Pearl St., Ste. 900
Dallas, TX 75201
Phone: 214-453-6500
Fax: 214-453-6400
tmelsheimer@winston.com
jsanders@winston.com
rmann@winston.com

Robert S. Clark (Utah Bar No. 4015)
Jeffrey J. Hunt (Utah Bar No. 5855)
David C. Reymann (Utah Bar No. 8495)
Bryan S. Johansen (Utah Bar No. 9912)
**PARR BROWN GEE & LOVELESS**
101 S. 200 E. Ste. 700
Salt Lake City, UT 84111
Phone: 801-532-7840
Fax: 801-532-7750
rclark@parrbrown.com
jhunt@parrbrown.com
dreymann@parrbrown.com
bjohansen@parrbrown.com

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BRIAN SMITH, individually, MICHAEL ILARDO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFEVANTAGE CORP., a Delaware corporation, and DARREN JENSEN, an individual,<br><br>Defendants. | **DEFENDANTS' NOTICE OF RULE (a)(2)(B) EXPERT REPORT**<br><br>Case No. 2:18-cv-00621-DBB-PMW<br><br>Judge David B. Barlow<br><br>Chief Magistrate Judge Paul M. Warner |

Pursuant to Fed. R. Civ. P. 26(a)(2)(A) and DUCivR 26-1(b)(1)(A)(i) Defendants LifeVantage Corporation ("LifeVantage") and Darren Jensen ("Jensen") (collectively, "Defendants") hereby give notice that they have served the Expert Witness Report of Professor J. Howard Beales on Plaintiffs Brian Llardo and Brian Smith.

Page 2

Professor Howard Beales' expertise concerns various aspects of the Federal Trade Commission, the Bureau of Consumer Protection, their related consumer protection and advertising regulations, and multi-level marking companies, among other subjects. Professor Beales' expert report specifically addresses class certification issues in this case.

DATED: April 30, 2021                   Respectfully submitted,

By: /s/ Bryan S. Johansen
Thomas M. Melsheimer
(Admitted *Pro Hac Vice*)
TX Bar No. 13922550
tmelsheimer@winston.com
John C.C. Sanders, Jr. (Admitted *Pro Hac Vice*)
TX Bar No. 24057036
jsanders@winston.com
Rex A. Mann (Admitted *Pro Hac Vice*)
TX Bar No. 24075509
rmann@winston.com
Katrina G. Eash (Admitted *Pro Hac Vice)*
TX Bar No. 24074636
keash@winston.com
**Winston & Strawn LLP**
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Phone: 214-453-6500
Fax: 214-453-6400

Robert S. Clark
Jeffrey J. Hunt
David C. Reymann
Bryan S. Johansen
**PARR BROWN GEE & LOVELESS**
101 S 200 E Ste 700
Salt Lake City, UT 84111
Phone: 801- 532-7840
Fax: 801-532-7750
rclark@parrbrown.com
jhunt@parrbrown.com
dreymann@parrbrown.com
bjohansen@parrbrown.com

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2021, a true and correct copy of the foregoing was served via the Court's CM/ECF System.

/s/  *Bryan S. Johansen*
Bryan Johansen