Amy Marino (*Pro Hac Vice*)
MARINO LAW PLLC
amy@marinopllc.com
*Attorney for Plaintiffs and the Putative Class*
18977 W. Ten Mile Rd. Ste. 100E
Southfield, MI 48075
Tel.: 248-797-9944

[*additional Plaintiffs' counsel on signature page*]

___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

___

| | |
|---|---|
| BRIAN SMITH, individually, MICHAEL ILARDO, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIFEVANTAGE CORPORATION, a corporation; and DARREN JENSEN, an individual, <br><br> Defendants. | Case No. 2:18CV00621 DBB JCB <br><br> **PLAINTIFFS' NOTICE TO THE COURT OF FED. R. CIV. P. 26(a)(2)(B) EXPERT REPORTS** <br><br> District Judge David B. Barlow <br> Magistrate Judge Jared C. Bennett |

___

Pursuant to Fed. R. Civ. P. 26(a)(2)(B) and DUCivR 26-1(b)(1)(A)(i), Plaintiffs Brian Smith and Michael Ilardo, on behalf of themselves and all others similarly situated, by and through undersigned counsel, respectfully notify the Court that, on March 19, 2021, they served Defendants LifeVantage Corporation and

Darren Jensen with the expert witness reports of Dr. Stacie Bosley and Mr. Jason Rae regarding class certification.

Dr. Bosley's expertise concerns multi-level marketing, direct selling, pyramid schemes, applied microeconomics, quantitative analysis, and behavioral economics, as well as broader issues in consumer financial fraud.

Mr. Rae's expertise concerns analysis of large sets of historical data, forensic accounting, business valuation matters, cash and asset tracing, and preference and fraudulent transfer analysis.

Both of their reports support the certifiability of a class of LifeVantage distributors.

Dated: May 6, 2021

Respectfully submitted,

/s/ Andrew Kochanowski
SOMMERS SCHWARTZ, P.C.
Andrew Kochanowski (*Pro Hac Vice*)
One Towne Square, Suite 1700
Southfield, MI 48076
Tel.: (248) 355-0300
akochanowski@sommerspc.com

CHRISTENSEN YOUNG & ASSOCIATES
Steven A. Christensen
Cameron Christensen
9980 South 300 West, Suite 200
Sandy, UT 84080
Tel.: (866) 676-6447
steven@christensenyounglaw.com

    cameron@christensenyounglaw.com

    BAYKO, PREBEG, FAUCETT & ABBOTT PLLC
    Matthew John Prebeg (*Pro Hac Vice*)
    Stephen W. Abbott (*Pro Hac Vice*)
    Christopher M. Faucett (*Pro Hac Vice*)
    Brent T. Caldwell (*Pro Hac Vice*)
    8441 Gulf Freeway #307
    Houston, TX 77017
    Tel: (832) 742-9260
    mprebeg@bpfalawfirm.com
    sabbott@pfalawfirm.com
    cfaucett@bpfalawfirm.com
    bcaldwell@bpfalawfirm.com

    MARINO LAW PLLC
    Amy Marino (*Pro Hac Vice*)
    18977 W. Ten Mile Rd. Ste. 100E
    Southfield, MI 48075
    Tel.: 248-797-9944
    amy@marinopllc.com

    *Attorneys for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 6, 2021, she served a true and correct copy of the foregoing paper via the Court's CM/ECF System, which will notify all counsel of record of the filing.

    */s/ Amy Marino*
      Amy Marino