# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRIAN SMITH, individually, MICHAEL ILARDO, individually, and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>LIFEVANTAGE CORP., a Delaware corporation, and DARREN JENSEN, an individual,<br><br>               Defendants. | Case No. 2:18-cv-00621-DBB-JCB<br><br>Judge David B. Barlow<br><br>Magistrate Judge Jared C. Bennett |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiffs, Brian Smith and Michael Ilardo, and Defendants, LifeVantage Corporation. and Darren Jensen (together, the "Parties"), have resolved all claims and counterclaims asserted in this case.

NOW, THEREFORE, the Parties, through their attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a), jointly move and hereby stipulate to the dismissal of all claims and counterclaims with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

DATED: December 15, 2022

By: /s/ Andrew Kochanowski
**SOMMERS SCHWARTZ, P.C.**
Andrew Kochanowski (*Pro Hac Vice*)
One Towne Square, Suite 1700
Southfield, MI 48076
Tel.: (248) 355-0300
akochanowski@sommerspc.com

**CHRISTENSEN YOUNG & ASSOCIATES**
Steven A. Christensen
Cameron Christensen
9980 South 300 West, Suite 200
Sandy, UT 84080
Tel.: (866) 676-6447
steven@christensenyounglaw.com
cameron@christensenyounglaw.com

**BAYKO, PREBEG, FAUCETT & ABBOTT PLLC**
Matthew John Prebeg (*Pro Hac Vice*)
Stephen W. Abbott (*Pro Hac Vice*)
Christopher M. Faucett (*Pro Hac Vice*)
Brent T. Caldwell (*Pro Hac Vice*)
Emil Thomas Bayko (*Pro Hac* pending)
8441 Gulf Freeway #307
Houston, TX 77017
Tel: (832) 742-9260
mprebeg@bpfalawfirm.com
sabbott@pfalawfirm.com
cfaucett@bpfalawfirm.com
bcaldwell@bpfalawfirm.com
tbayko@bpfalawfirm.com

**MARINO LAW PLLC**
Amy Marino (*Pro Hac Vice*) 18977
W. Ten Mile Rd. Ste. 100E
Southfield, MI 48075
Tel.: 248-797-9944
amy@marinopllc.com

*Attorneys for Plaintiffs and the Putative Class*

Respectfully submitted,

By: /s/ John C.C. Sanders, Jr.
Thomas M. Melsheimer (*Pro Hac Vice*)
TX Bar No. 13922550
tmelsheimer@winston.com
John C.C. Sanders, Jr. (*Pro Hac Vice*)
TX Bar No. 24057036
jsanders@winston.com
Rex A. Mann (*Pro Hac Vice*)
TX Bar No. 24075509
rmann@winston.com
Katrina G. Eash (*Pro Hac Vice*)
TX Bar No. 24074636
keash@winston.com
Chase J. Cooper (*Pro Hac Vice*)
TX Bar No. 24087342
ccooper@winston.com
Rebecca Loegering (*Pro Hac Vice*)
TX Bar No. 24098008
rloegering@winston.com
**Winston & Strawn LLP**
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Phone: 214-453-6500
Fax: 214-453-6400

Robert S. Clark
Jeffrey J. Hunt
David C. Reymann
Bryan S. Johansen
**PARR BROWN GEE & LOVELESS**
101 S 200 E Ste 700
Salt Lake City, UT 84111
Phone: 801- 532-7840
Fax: 801-532-7750
rclark@parrbrown.com
jhunt@parrbrown.com
dreymann@parrbrown.com
bjohansen@parrbrown.com

*Counsel for Defendants*